828

*Ellis N. Slack* and *Fred E. Youngman* for the United States.

No. 215. UNITED SERVICES LIFE INSURANCE Co. *v.* BOYE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Neil Burkinshaw* for petitioner. *Thomas M. Raysor* for respondents.

No. 217. HORNER *v.* COUNTY OF WINNEBAGO ET AL. Appellate Court of Illinois, Second District. Certiorari denied. *John R. Snively* for petitioner. *Jerome J. Downey* for respondents.

No. 220. WHITNEY *v.* MADDEN. Supreme Court of Illinois. Certiorari denied. *William H. DeParcq* and *Tom Davis* for petitioner. *Thomas L. Marshall* for respondent.

No. 222. RAILWAY EMPLOYES' DEPARTMENT OF THE AMERICAN FEDERATION OF LABOR ET AL. *v.* NORTHERN PACIFIC RAILWAY Co. C. A. 8th Cir. Certiorari denied. *Frank L. Mulholland, Clarence M. Mulholland, Willard H. McEwen* and *Edward J. Hickey, Jr.* for petitioners. *L. B. daPonte* and *M. L. Countryman, Jr.* for respondent.

No. 224. CHARLES E. AUSTIN, INC. *v.* KELLY, SECRETARY OF STATE. Supreme Court of Michigan. Certiorari denied. *Clayton F. Jennings* for petitioner. *Eugene F. Black,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.